UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOSEPH ANDERSEN, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 2:10-cv-140-JMS-DML |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| Defendant. | ) ) | |

# **E N T R Y**

Plaintiff Andersen's motion to compel discovery [23] is **denied.** The reason for this ruling is because this motion does not show that Andersen has complied with the requirement of Rule 37(a)(2)(A) of *Federal Rules of Civil Procedure*. In this subject area, the court expects the parties to work through their concerns relating to discovery and arrive at a resolution without resorting to intervention by the court except in extreme circumstances. At least at this point, and based on the motion to compel, extreme circumstances are not present.

**IT IS SO ORDERED.**

Date: 04/22/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Joseph Anderson
#12264-040
Pekin Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

Gerald A. Coraz
gerald.coraz@usdoj.gov